IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LERON WILLIAMS,

      Petitioner,                      No. CIV S-08-2034 JAM EFB P

    vs.

M. S. EVANS, Warden,

      Respondent.                    <u>ORDER</u>

_____/

      Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254. He has paid the $5.00 filing fee. *See* 28 U.S.C. § 1914(a).

      Petitioner challenges a conviction in the Fresno County Superior Court. Therefore, this action should have been commenced in the district court in Fresno. Local Rule 3-120(d).

      Accordingly, it is hereby ordered that:

      1. This action is transferred to the district court in Fresno. *See* Local Rule 3-120(f).

      2. The Clerk of Court shall assign a new case number.

////

////

////

////

1  3. All future filings shall bear the new case number and shall be filed at:

2      United States District Court
    Eastern District of California
3      2500 Tulare Street
    Fresno, CA 93721

4

5  Dated: October 22, 2008.

6

7      EDMUND F. BRENNAN
    UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2